UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERRY LEONARD LARSON,

       Plaintiff,

v.                                                           Case No. 2:19-cv-212
                                                             Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## JUDGMENT

       In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

       **IT IS SO ORDERED**.


Dated:  March 23, 2021                            /s/ Ray Kent
                                                             RAY KENT
                                                             United States Magistrate Judge